UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW HODJERA and SYLVIA HODJERA, <br><br> Plaintiffs, <br><br> v. <br><br> BASF CATALYSTS LLC, *et al.*, <br><br> Defendants. | Case No. C17-48RSL <br><br> ORDER DENYING AS MOOT DEFENDANT CENTRAL PRECISION LIMITED'S MOTION TO DISMISS |

This matter comes before the Court on defendant Central Precision Limited's motion to dismiss. Dkt. # 60. In light of plaintiffs' voluntary dismissal of their claims against Central Precision Limited, Dkt. # 78, VWGC's motion to dismiss is DENIED as moot.

DATED this 17th day of May, 2017.

Robert S. Lasnik
United States District Judge

ORDER DENYING AS MOOT DEFENDANT CENTRAL
PRECISION LIMITED'S MOTION TO DISMISS - 1