UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW HODJERA and SYLVIA HODJERA,

        Plaintiffs,

v.

BASF CATALYSTS LLC, *et al.*,

        Defendants.

Case No. C17-48RSL

ORDER DENYING AS MOOT DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.'S MOTION FOR A PROTECTIVE ORDER

    This matter comes before the Court on defendant Volkswagen Group of America, Inc.'s motion for a protective order regarding plaintiffs' second and third sets of requests for production. Dkt. # 128. In light of the Court's order granting this defendant's motion to dismiss, Dkt. # 155, the motion for a protective order is DENIED as moot.

    DATED this 18th day of May, 2017.

                /s/ Robert S. Lasnik
                Robert S. Lasnik
                United States District Judge