THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW HODJERA and SYLVIA HODJERA, <br><br> Plaintiffs, <br><br> v. <br><br> BASF Catalysts LLC, et al. <br><br> Defendants. | No. 2:17-CV-00048-RSL <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT CHARLES B. CHRYSTAL COMPANY, INC.** |

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiffs MATTHEW HODJERA and SYLVIA HODJERA, and Defendant CHARLES B. CHRYSTAL COMPANY, INC., that pursuant to Federal Rules of Civil Procedure, Rule 41:

1. Defendant CHARLES B. CHRYSTAL COMPANY, INC. only shall be dismissed without prejudice from this action; and

2. Each party shall bear its own costs.

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT CHARLES B. CHRYSTAL COMPANY, INC. (2:17-CV-00048-RSL)

Page 1

Foley & Mansfield, PLLP
999 Third Avenue, Suite 3760
Seattle, WA 98104
Phone: (206) 456-5360; Fax: (206)-456-5361

| | |
|---|---|
| 1  DATED June 23, 2017 | WATERS & KRAUS, LLP |
| 2 | |
| 3 | By: /s/ Patrick J. Wigle |
| | Charles S. Siegel |
| 4 | Admitted *Pro Hac Vice* |
| | Patrick J. Wigle |
| 5 | Admitted *Pro Hac Vice* |
| | 3141 Hood Street, Suite 700 |
| 6 | Dallas, Texas 75219 |
| | (214) 357-6244 |
| 7 | (214) 357-7252 Facsimile |
| | siegel@waterskraus.com |
| 8 | pwigle@waterskraus.com |
| 9 | |
| | and |
| 10 | |
| | Brian D. Weinstein, WSBA #24497 |
| 11 | Benjamin R. Couture, WSBA # 39304 |
| | Alexandra B. Caggiano, WSBA #47862 |
| 12 | 818 Stewart Street, Suite 930 |
| 13 | Seattle, Washington 98101 |
| | (206) 508-7070 |
| 14 | (206) 237-8640 Facsimile |
| | brian@weinsteincouture.com |
| 15 | ben@weinsteincouture.com |
| | alex@weinsteincouture.com |
| 16 | |
| 17 | Attorneys for Plaintiffs |
| 18 | |
| | FOLEY & MANSFIELD, PLLP |
| 19  DATED June 23, 2017 | |
| 20 | |
| | By: /s/ Brian Smith |
| 21 | Brian B. Smith, WSBA #45930 |
| | 999 Third Avenue, Suite 3760 |
| 22 | Seattle, Washington 98104 |
| | (206) 456-5360 |
| 23 | (206) 456-5361 Facsimile |
| | asbestos-sea@foleymansfield.com |
| 24 | Attorney for Defendant |
| 25 | Charles B. Crystal Company, Inc. |

STIPULATION AND ORDER FOR
DISMISSAL OF DEFENDANT
CHARLES B. CHRYSTAL COMPANY,
INC. (2:17-CV-00048-RSL)

Page 2

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Phone: (206) 456-5360; Fax: (206)-456-5361

## ORDER

Pursuant to stipulation, IT IS SO ORDERED that Plaintiffs Matthew Hodjera and Sylvia Hodjera's Complaint for Personal Injuries as to Defendant Charles B. Chrystal Company, Inc. only is dismissed without prejudice. Each party is to bear its own costs.

DATED this 27* day of June, 2017.

_____
THE HONORABLE ROBERT S. LASNIK
Judge of the United States District Court

STIPULATION AND ORDER FOR
DISMISSAL OF DEFENDANT
CHARLES B. CHRYSTAL COMPANY,
INC. (2:17-CV-00048-RSL)

Page 3

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Phone: (206) 456-5360; Fax: (206)-456-5361