HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHIGTON

MATTHEW HODJERA and SYLVIA HODJERA,

Plaintiffs,

v.

BASF CATALYSTS LLC, et al.

Defendants.

No. 2:17-CV-00048-RSL

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BASF CATALYSTS LLC

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiffs MATTHEW HODJERA and SYLVIA HODJERA, and Defendant BASF CATALYSTS LLC, that pursuant to Federal Rules of Civil Procedure, Rule 41:

1. Defendant BASF CATALYSTS LLC only shall be dismissed from this action without prejudice; and
2. Each party shall bear its own costs.

//
//
//
//
//
//
//

| | |
|---|---|
| DATED July 27, 2017 | WATERS & KRAUS, LLP |

By: /s/Patrick J. Wigle
    Charles S. Siegel
    Admitted *Pro Hac Vice*
    Patrick J. Wigle
    Admitted *Pro Hac Vice*
    3141 Hood Street, Suite 700
    Dallas, Texas 75219
    (214) 357-6244
    (214) 357-7252 Facsimile
    siegel@waterskraus.com
    pwigle@waterskraus.com

- and -

Brian D. Weinstein, WSBA #24497
Benjamin R. Couture, WSBA # 39304
Alexandra B. Caggiano, WSBA #47862
818 Stewart Street, Suite 930
Seattle, Washington 98101
(206) 508-7070
(206) 237-8640 Facsimile
brian@weinsteincouture.com
ben@weinsteincouture.com
alex@weinsteincouture.com

Attorneys for Plaintiffs

DATED July 27, 2017    DLA PIPER US LLP

By: /s/Anthony Todaro
    Anthony Todaro, WSBA #30391
    701 Fifth Ave., Suite 700
    Seattle, WA 98104
    (206) 839-4830
    anthony.todaro@dlapiper.com

Attorney for Defendant
BASF Catalysts LLC

STIPULATION AND ORDER FOR DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT BASF CATALYSTS LLC - 2

WATERS & KRAUS, LLP
3141 HOOD STREET, SUITE 700
DALLAS, TX 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that Plaintiffs Matthew Hodjera and Sylvia Hodjera's Complaint for Personal Injuries as to Defendant BASF Catalysts LLC only is dismissed without prejudice. Each party is to bear its own costs.

DATED this 3rd day of Aug., 2017.

THE HONORABLE ROBERT S. LASNIK
Judge of the United States District Court

STIPULATION AND ORDER FOR DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT BASF CATALYSTS LLC - 3

WATERS & KRAUS, LLP
3141 HOOD STREET, SUITE 700
DALLAS, TX 75219
(214) 357-6244 – FACSIMILE (214) 357-7252