HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW HODJERA and SYLVIA HODJERA,<br><br>Plaintiffs,<br>v.<br><br>BASF CATALYSTS LLC, et al.<br><br>Defendants. | No. 2:17-CV-00048-RSL<br><br>STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER COMPANIES, INC. |

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiffs MATTHEW HODJERA and SYLVIA HODJERA, and Defendants JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC., that pursuant to Federal Rules of Civil Procedure, Rule 41:

1. Defendants JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC. only shall be dismissed without prejudice from this action; and
2. Each party shall bear its own costs.

//
//
//
//
//
//
//
//

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC. - 1

WATERS & KRAUS, LLP
3141 HOOD STREET, SUITE 700
DALLAS, TX 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

DATED July 28, 2017                    WATERS & KRAUS, LLP


By:  /s/Patrick J. Wigle
     Charles S. Siegel
     Admitted *Pro Hac Vice*
     Patrick J. Wigle
     Admitted *Pro Hac Vice*
     3141 Hood Street, Suite 700
     Dallas, Texas 75219
     (214) 357-6244
     (214) 357-7252 Facsimile
     siegel@waterskraus.com
     pwigle@waterskraus.com

     - and -

     Brian D. Weinstein, WSBA #24497
     Benjamin R. Couture, WSBA # 39304
     Alexandra B. Caggiano, WSBA #47862
     818 Stewart Street, Suite 930
     Seattle, Washington 98101
     (206) 508-7070
     (206) 237-8640 Facsimile
     brian@weinsteincouture.com
     ben@weinsteincouture.com
     alex@weinsteincouture.com

     Attorneys for Plaintiffs

DATED July 28, 2017


By:  /s/Jennifer Crisera
     William James Leedom, WSBA #2321
     Jennifer Gannon Crisera, WSBA #35385
     Bennett Bigelow & Leedom
     601 Union Street, Suite 1500
     Seattle, WA 98101
     (206) 622-5511
     jcrisera@bbllaw.com
     wleedom@bbllaw.com

     - and -

STIPULATION AND ORDER FOR DISMISSAL WITHOUT
PREJUDICE OF DEFENDANTS JOHNSON & JOHNSON and
JOHNSON & JOHNSON CONSUMER COMPANIES, INC. - 2

WATERS & KRAUS, LLP
3141 HOOD STREET, SUITE 700
DALLAS, TX 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

Benjamin Walther, TX Bar No. 24084041
SHOOK HARDY & BACON LLP
600 Travis St., Suite 3400
Houston, Texas 77002
(713) 227-8008
bwalther@shb.com

Attorneys for Defendants
Johnson & Johnson and
Johnson & Johnson Consumer
Companies, Inc.

STIPULATION AND ORDER FOR DISMISSAL WITHOUT
PREJUDICE OF DEFENDANTS JOHNSON & JOHNSON and
JOHNSON & JOHNSON CONSUMER COMPANIES, INC. - 3

WATERS & KRAUS, LLP
3141 HOOD STREET, SUITE 700
DALLAS, TX 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

## ORDER

Pursuant to stipulation, IT IS SO ORDERED that Plaintiffs Matthew Hodjera and Sylvia Hodjera's Complaint for Personal Injuries as to Defendants Johnson & Johnson and Johnson & Johnson Consumer only is dismissed without prejudice. Each party is to bear its own costs.

DATED this 3rd day of Aug., 2017.

_____
THE HONORABLE ROBERT S. LASNIK
Judge of the United States District Court

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC. - 4

WATERS & KRAUS, LLP
3141 HOOD STREET, SUITE 700
DALLAS, TX 75219
(214) 357-6244 – FACSIMILE (214) 357-7252