HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHIGTON

| | |
|---|---|
| MATTHEW HODJERA and SYLVIA HODJERA,<br><br>Plaintiffs,<br>v.<br><br>BASF CATALYSTS LLC, et al.<br><br>Defendants. | No. 2:17-CV-00048-RSL<br><br>STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT VANDERBILT MINERALS LLC |

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiffs MATTHEW HODJERA and SYLVIA HODJERA, and Defendant VANDERBILT MINERALS LLC, that pursuant to Federal Rules of Civil Procedure, Rule 41:

1. Defendant VANDERBILT MINERALS LLC only shall be dismissed from this action without prejudice; and
2. Each party shall bear its own costs.

//
//
//
//
//
//
//

STIPULATION AND ORDER FOR DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT VANDERBILT MINERALS LLC
- 1

WATERS & KRAUS, LLP
3141 HOOD STREET, SUITE 700
DALLAS, TX 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

DATED July 28, 2017                     WATERS & KRAUS, LLP

                                        By:    /s/Patrick J. Wigle
                                               Charles S. Siegel
                                               Admitted *Pro Hac Vice*
                                               Patrick J. Wigle
                                               Admitted *Pro Hac Vice*
                                               3141 Hood Street, Suite 700
                                               Dallas, Texas 75219
                                               (214) 357-6244
                                               (214) 357-7252 Facsimile
                                               siegel@waterskraus.com
                                               pwigle@waterskraus.com

                                               - and -

                                               Brian D. Weinstein, WSBA #24497
                                               Benjamin R. Couture, WSBA # 39304
                                               Alexandra B. Caggiano, WSBA #47862
                                               818 Stewart Street, Suite 930
                                               Seattle, Washington 98101
                                               (206) 508-7070
                                               (206) 237-8640 Facsimile
                                               brian@weinsteincouture.com
                                               ben@weinsteincouture.com
                                               alex@weinsteincouture.com

                                               Attorneys for Plaintiffs


DATED July 28, 2017                     SEDGWICK LLP

                                        By:    /s/Barry N. Mesher
                                               Barry N. Mesher, WSBA #7845
                                               Rachel T. Reynolds, WSBA #38750
                                               Alice C. Serko, WSBA #45992
                                               600 University Street, Suite 2915
                                               Seattle, WA 98101
                                               (206) 462-7560
                                               alice.serko@sedgwicklaw.com
                                               barry.mesher@sedgwicklaw.com
                                               rachel.reynolds@sedgwicklaw.com
                                               Attorneys for Defendant
                                               Vanderbilt Minerals LLC

STIPULATION AND ORDER FOR DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT VANDERBILT MINERALS LLC
- 2

WATERS & KRAUS, LLP
3141 HOOD STREET, SUITE 700
DALLAS, TX 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

## ORDER

Pursuant to stipulation, IT IS SO ORDERED that Plaintiffs Matthew Hodjera and Sylvia Hodjera's Complaint for Personal Injuries as to Defendant VANDERBILT MINERALS LLC only is dismissed without prejudice. Each party is to bear its own costs.

DATED this 3rd day of Aug., 2017.

_____
THE HONORABLE ROBERT S. LASNIK
Judge of the United States District Court

STIPULATION AND ORDER FOR DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT VANDERBILT MINERALS LLC
- 3

WATERS & KRAUS, LLP
3141 HOOD STREET, SUITE 700
DALLAS, TX 75219
(214) 357-6244 - FACSIMILE (214) 357-7252