HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHIGTON

MATTHEW HODJERA and SYLVIA HODJERA,

Plaintiffs,

v.

BASF CATALYSTS LLC, et al.

Defendants.

No. 2:17-CV-00048-RSL

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DAP, INC.

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiffs MATTHEW HODJERA and SYLVIA HODJERA, and Defendant DAP, INC., that pursuant to Federal Rules of Civil Procedure, Rule 41:

1. Defendant DAP, INC. only shall be dismissed from this action without prejudice; and
2. Each party shall bear its own costs.

//
//
//
//
//
//
//
//
//

DATED July 28, 2017                          WATERS & KRAUS, LLP

                                             By:   /s/Patrick J. Wigle
                                                   Charles S. Siegel
                                                   Admitted *Pro Hac Vice*
                                                   Patrick J. Wigle
                                                   Admitted *Pro Hac Vice*
                                                   3141 Hood Street, Suite 700
                                                   Dallas, Texas 75219
                                                   (214) 357-6244
                                                   (214) 357-7252 Facsimile
                                                   siegel@waterskraus.com
                                                   pwigle@waterskraus.com

                                                   - and -

                                                   Brian D. Weinstein, WSBA #24497
                                                   Benjamin R. Couture, WSBA # 39304
                                                   Alexandra B. Caggiano, WSBA #47862
                                                   818 Stewart Street, Suite 930
                                                   Seattle, Washington 98101
                                                   (206) 508-7070
                                                   (206) 237-8640 Facsimile
                                                   brian@weinsteincouture.com
                                                   ben@weinsteincouture.com
                                                   alex@weinsteincouture.com

                                                   Attorneys for Plaintiffs


DATED July 28, 2017                          JACKSON JENKINS RENSTROM LLP

                                             By:   /s/ Peter K. Renstrom
                                                   Peter K. Renstrom
                                                   Admitted *Pro Hac Vice*
                                                   55 Francisco Street, Suite 410
                                                   San Francisco, CA 94133
                                                   (415) 982-3600
                                                   peter@jjrlaw.com

                                                   Attorney for Defendant DAP, Inc.

STIPULATION AND ORDER FOR DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT DAP, INC. - 2

WATERS & KRAUS, LLP
3141 HOOD STREET, SUITE 700
DALLAS, TX 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

## ORDER

Pursuant to stipulation, IT IS SO ORDERED that Plaintiffs Matthew Hodjera and Sylvia Hodjera's Complaint for Personal Injuries as to Defendant DAP, Inc. only is dismissed without prejudice. Each party is to bear its own costs.

DATED this 3rd day of Aug., 2017.

_____
THE HONORABLE ROBERT S. LASNIK
Judge of the United States District Court

STIPULATION AND ORDER FOR DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT DAP, INC. - 3

WATERS & KRAUS, LLP
3141 HOOD STREET, SUITE 700
DALLAS, TX 75219
(214) 357-6244 - FACSIMILE (214) 357-7252