HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW HODJERA and SYLVIA HODJERA,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>BASF CATALYSTS LLC, et al.<br><br>　　　　Defendants. | No. 2:17-CV-00048-RSL<br><br>STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS BORGWARNER MORSE TEC, LLC |

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiffs MATTHEW HODJERA and SYLVIA HODJERA, and Defendant BORGWARNER MORSE TEC, LLC, that pursuant to Federal Rule of Civil Procedure, Rule 41:

1. Defendant BORGWARNER MORSE TEC, LLC only shall be dismissed from this action without prejudice; and
2. Each party shall bear its own costs.

//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | DATED August 1, 2017 | WATERS & KRAUS, LLP |
| 2 | | |
| 3 | | By: /s/Patrick J. Wigle |
| | | Charles S. Siegel |
| 4 | | Admitted *Pro Hac Vice* |
| | | Patrick J. Wigle |
| 5 | | Admitted *Pro Hac Vice* |
| | | 3141 Hood Street, Suite 700 |
| 6 | | Dallas, Texas 75219 |
| | | (214) 357-6244 |
| 7 | | (214) 357-7252 Facsimile |
| | | siegel@waterskraus.com |
| 8 | | pwigle@waterskraus.com |
| 9 | | - and - |
| 10 | | Brian D. Weinstein, WSBA #24497 |
| | | Benjamin R. Couture, WSBA # 39304 |
| 11 | | Alexandra B. Caggiano, WSBA #47862 |
| | | 818 Stewart Street, Suite 930 |
| 12 | | Seattle, Washington 98101 |
| | | (206) 508-7070 |
| 13 | | (206) 237-8640 Facsimile |
| | | brian@weinsteincouture.com |
| 14 | | ben@weinsteincouture.com |
| | | alex@weinsteincouture.com |
| 15 | | Attorneys for Plaintiffs |
| 16 | | |
| 17 | DATED August 1, 2017 | SELMAN BREITMAN, LLP |
| 18 | | By: /s/ Richard D. Ross |
| 19 | | Richard D. Ross, WSBA #34502 |
| | | 800 Fifth Ave., Suite 4100 |
| 20 | | Seattle, WA 98104 |
| | | (206) 447-6461 |
| 21 | | rross@selmanlaw.com |
| 22 | | Attorney for Defendants |
| | | BorgWarner Morse TEC, LLC |
| 23 | | |

STIPULATION AND ORDER FOR DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT BORGWARNER MORSE TEC,
LLC - 2

WATERS & KRAUS, LLP
3141 HOOD STREET, SUITE 700
DALLAS, TX 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

## ORDER

Pursuant to stipulation, IT IS SO ORDERED that Plaintiffs Matthew Hodjera and Sylvia Hodjera's Complaint for Personal Injuries as to Defendant BorgWarner Morse TEC, LLC only is dismissed without prejudice. Each party is to bear its own costs.

DATED this **3rd** day of **Aug.**, 2017.

_____
THE HONORABLE ROBERT S. LASNIK
Judge of the United States District Court

STIPULATION AND ORDER FOR DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT BORGWARNER MORSE TEC,
LLC - 3

WATERS & KRAUS, LLP
3141 HOOD STREET, SUITE 700
DALLAS, TX 75219
(214) 357-6244 – FACSIMILE (214) 357-7252