**HONORABLE ROBERT S. LASNIK**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHIGTON

| | |
|---|---|
| MATTHEW HODJERA and SYLVIA HODJERA,<br><br>    Plaintiffs,<br>v.<br><br>BASF CATALYSTS LLC, et al.<br><br>    Defendants. | No. 2:17-CV-00048-RSL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT PNEUMO ABEX, LLC** |

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiffs MATTHEW HODJERA and SYLVIA HODJERA, and Defendant PNEUMO ABEX, LLC, that pursuant to Federal Rules of Civil Procedure, Rule 41:

1. Defendant PNEUMO ABEX, LLC only shall be dismissed from this action without prejudice; and
2. Each party shall bear its own costs.

//
//
//
//
//
//
//
//

DATED August 9, 2017　　　　　　　　WATERS & KRAUS, LLP


By: 　/s/Patrick J. Wigle
　　　　Charles S. Siegel
　　　　Admitted *Pro Hac Vice*
　　　　Patrick J. Wigle
　　　　Admitted *Pro Hac Vice*
　　　　3141 Hood Street, Suite 700
　　　　Dallas, Texas 75219
　　　　(214) 357-6244
　　　　(214) 357-7252 Facsimile
　　　　siegel@waterskraus.com
　　　　pwigle@waterskraus.com

　　　　- and -

　　　　Brian D. Weinstein, WSBA #24497
　　　　Benjamin R. Couture, WSBA # 39304
　　　　Alexandra B. Caggiano, WSBA #47862
　　　　818 Stewart Street, Suite 930
　　　　Seattle, Washington 98101
　　　　(206) 508-7070
　　　　(206) 237-8640 Facsimile
　　　　brian@weinsteincouture.com
　　　　ben@weinsteincouture.com
　　　　alex@weinsteincouture.com

　　　　Attorneys for Plaintiffs


DATED August 9, 2017　　　　　　　　JACKSON JENKINS RENSTROM LLP


By: 　/s/ Diane J. Kero
　　　　Diane J. Kero
　　　　Gordon Thomas Honeywell
　　　　600 University, Suite 2100
　　　　Seattle, WA 98101
　　　　206-676-7500
　　　　dkero@gth-law.com

　　　　Attorney for Defendant Pneumo Abex, LLC

STIPULATION AND ORDER FOR DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT PNEUMO ABEX, LLC- 2

**WATERS & KRAUS, LLP**
3141 HOOD STREET, SUITE 700
DALLAS, TX 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

## ORDER

Pursuant to stipulation, IT IS SO ORDERED that Plaintiffs Matthew Hodjera and Sylvia Hodjera's Complaint for Personal Injuries as to Defendant Pneumo Abex, LLC only is dismissed without prejudice. Each party is to bear its own costs.

DATED this 16th day of Aug., 2017.

_____
THE HONORABLE ROBERT S. LASNIK
Judge of the United States District Court

STIPULATION AND ORDER FOR DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT PNEUMO ABEX, LLC- 3

WATERS & KRAUS, LLP
3141 HOOD STREET, SUITE 700
DALLAS, TX 75219
(214) 357-6244 - FACSIMILE (214) 357-7252