UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW HODJERA, *et al.*, | No. C17-0048RSL |
| Plaintiffs, | |
| v. | ORDER FOR FURTHER BRIEFING |
| BASF CATALYSTS LLC, *et al.*, | |
| Defendants. | |

Earlier this year, the Court dismissed plaintiffs' claims against a number of defendants for lack of personal jurisdiction. The dismissals were without prejudice, and plaintiffs were given leave to amend if they could allege facts showing that their claims arose out of defendants' purposeful contacts with this forum. <u>See</u>, e.g., Dkt. # 153 at 5. The Court ultimately found that plaintiffs' amended jurisdictional allegations were still deficient and denied leave to amend. Although the order should have stated that no further leave to amend would be granted, it instead used the shorthand phrase "dismissed with prejudice." Dkt. # 186 at 3.

Plaintiffs timely filed a motion for reconsideration, requesting that the order denying leave to amend be modified to show that the dismissal remains without prejudice. The Court is inclined to grant the request and therefore directs the Clerk of Court to renote "Plaintiffs' Motion to Modify Order Denying Plaintiffs' Motion for Leave to Amend Complaint" (Dkt. # 200) on the Court's calendar for Friday, September 1, 2017.

ORDER FOR FURTHER BRIEFING

Dated this 17th day of August, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge