UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| MATTHEW HODJERA, *et al.*, | No. C17-0048RSL |
| Plaintiffs, |  |
| v. | ORDER FOR FURTHER BRIEFING |
| BASF CATALYSTS LLC, *et al.*, |  |
| Defendants. |  |

On July 31, 2017, the Court dismissed plaintiffs' claims against defendant Imerys Talc America, Inc., for lack of personal jurisdiction. Although the order should have stated that no further leave to amend would be granted, it instead used the shorthand phrase "dismissed with prejudice." Dkt. # 188 at 5.

Plaintiffs timely filed a motion for reconsideration, requesting that the order of dismissal be modified to show that the dismissal is without prejudice. The Court is inclined to grant the request and therefore directs the Clerk of Court to renote "Plaintiffs' Motion to Modify Order Dismissing Defendant Imerys Talc America, Inc., 'With Prejudice' Based on a Jurisdictional Defect" (Dkt. # 202) on the Court's calendar for Friday, September 1, 2017.

Dated this 17th day of August, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER FOR FURTHER BRIEFING