# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MATTHEW HODJERA, *et al.*,

Plaintiffs,

v.

BASF CATALYSTS LLC, *et al.*,

Defendants.

No. C17-0048RSL

ORDER FOR FURTHER BRIEFING

On July 31, 2017, the Court dismissed plaintiffs' claims against defendant Honeywell International, Inc., for lack of personal jurisdiction. Although the order should have stated that no further leave to amend would be granted, it instead used the shorthand phrase "dismissed with prejudice." Dkt. # 187 at 5.

Plaintiffs timely filed a motion for reconsideration, requesting that the order of dismissal be modified to show that the dismissal is without prejudice. The Court is inclined to grant the request and therefore directs the Clerk of Court to renote "Plaintiffs' Motion to Modify Order Dismissing Defendant Honeywell International, Inc., 'With Prejudice' Based on a Jurisdictional Defect" (Dkt. # 201) on the Court's calendar for Friday, September 1, 2017.

Dated this 17th day of August, 2017.

Robert S. Lasnik
United States District Judge

ORDER FOR FURTHER BRIEFING