UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW HODJERA and SYLVIA HODJERA,<br><br>Plaintiffs,<br><br>v.<br><br>BASF CATALYSTS LLC, *et al.*,<br><br>Defendants. | Case No. C17-48RSL<br><br>ORDER GRANTING PLAINTIFFS' MOTIONS FOR RECONSIDERATION |

This matter comes before the Court on plaintiffs' motions for reconsideration. Dkt. ## 200, 201, 202. After the Court dismissed plaintiffs' claims against several defendants for lack of personal jurisdiction, the Court determined that an amended complaint did not remedy the jurisdictional defects and dismissed the claims "with prejudice." Dkt. # 186 at 3. Plaintiffs filed the instant motions to reconsider that order on the limited ground that the dismissal should have been without prejudice. The Court sought further briefing from the relevant defendants, and the only defendant to respond does not oppose reconsideration of the Court's order. Dkt. # 216.

Motions for reconsideration are disfavored in this district, but will be granted upon "a showing of manifest error." LCR 7(h)(1). As plaintiffs accurately point out, dismissal for lack of personal jurisdiction is not a determination on a claim's merits. *Kendall v. Overseas Dev. Corp.*, 700 F.2d 536, 539 (9th Cir. 1983). Though the order used "dismissed with prejudice" as shorthand, it should have stated that plaintiffs would not be granted further leave to amend.

ORDER GRANTING MOTIONS FOR RECONSIDERATION - 1

For that reason, plaintiffs' motions for reconsideration, Dkt. ## 200, 201, 202, are GRANTED, and the Court hereby clarifies that their claims should have been dismissed without prejudice.

DATED this 27th day of October, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge