THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MATTHEW HODJERA and SYLVIA HODJERA,<br><br>Plaintiffs,<br><br>v.<br><br>BASF CATALYSTS LLC.; et al.,<br><br>Defendants. | CAUSE NO.: C17–48BAT<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS DOES 1–350, INCLUSIVE WITHOUT PREJUDICE |

## ORDER OF DISMISSAL

Plaintiffs' Motion to Dismiss Does 1–350, Inclusive pursuant to FRCP 41(a) is hereby granted. Does 1–350, Inclusive only is hereby dismissed without prejudice.

DATED: Nov. 21, 2017

_____
THE HONORABLE ROBERT S. LASNIK

///

///

ORDER GRANTING PLAINTIFFS' MOTION
TO DISMISS DOES 1–350, INCLUSIVE - 1

WEINSTEIN COUTURE PLLC
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

Presented By:

WEINSTEIN COUTURE PLLC

*/s/ Alexandra B. Caggiano*
Benjamin R. Couture, WSBA # 39304
Brian D. Weinstein, WSBA # 24497
Alexandra B. Caggiano, WSBA #47862
601 Union Street, Suite 2420
Seattle, Washington 98101
(206) 508-7070 / Fax: (206) 237-8650
Counsel for Plaintiffs

And

WATERS & KRAUS, LLP
Charles S. Siegel
*Admitted Pro Hac Vice*
Patrick J. Wigle
*Admitted Pro Hac Vice*
3141 Hood Street, Suite 700
Dallas, Texas 75219
(214) 357-6244 / Fax: (214) 357-7252
Counsel for Plaintiffs

ORDER GRANTING PLAINTIFFS' MOTION
TO DISMISS DOES 1–350, INCLUSIVE - 2

**WEINSTEIN COUTURE PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650