HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MATTHEW HODJERA and SYLVIA HODJERA,<br><br>Plaintiffs,<br><br>v.<br><br>BASF CATALYSTS, LLC, et al.,<br><br>Defendants | NO. 2:17-cv-00048-RSL<br><br>[PROPOSED] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT UNION CARBIDE CORPORATION |

## STIPULATION

The above-captioned plaintiffs and defendant Union Carbide Corporation, stipulate to the entry of the following Order of Dismissal without further Notice, with prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' rights of action, claims, and demands against any and all other parties.

DATED this 6th day of December, 2017.

| | |
|---|---|
| WEINSTEIN COUTURE PLLC &<br>WATERS & KRAUS, LLP<br><br>*s/Patrick J. Wigle*<br>Brian D. Weinstein, WSBA No. 24497<br>Patrick J. Wigle (Pro Hac Vice)<br>Attorneys for Plaintiffs | GORDON REES<br>SCULLYMANSUKHANI, LLP<br><br>*s/Mark B. Tuvim*<br>Mark B. Tuvim, WSBA No. 91909<br>Kevin J. Craig, WSBA No. 29932<br>Attorney for Defendant Union Carbide Corp. |

[PROPOSED] STIPULATION AND ORDER OF
DISMISSAL OF UNION CARBIDE COPORATION - 1
No. 3:14-cv-05432 RBL

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing before this Court upon the foregoing Stipulation, and the Court being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs' claims against defendant Union Carbide Corporation, its predecessors, successors, subsidiaries, parents, affiliated entities, directors and officers, are dismissed with prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' right of action, claims, and demands against any and all other parties.

DONE IN OPEN COURT this 12th day of December, 2017.

_____
HONORABLE ROBERT S. LASNIK
United States District Court Judge

Presented by:

WEINSTEIN COUTURE, PLLC &
WATERS & KRAUS, LLP


*s/Patrick J. Wigle*
Brian D. Weinstein WSBA No. 24497
Patrick Wigle, (Pro Hac Vice)
Attorneys for Plaintiffs


GORDON REES SCULLY MANSUKHANI


*s/Mark B. Tuvim*
Mark B. Tuvim, WSBA No. 31909
Kevin J. Craig, WSBA No. 29932
Attorneys for Defendant Union Carbide Corporation

[PROPOSED] STIPULATION AND ORDER OF
DISMISSAL OF UNION CARBIDE COPORATION - 2
No. 3:14-cv-05432 RBL

1129900/3585945v.1

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822